FILED ✓     RECEIVED
ENTERED     SERVED ON
            COUNSEL/PARTIES OF RECORD

DEC 15 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:06-CR-210-LDG-LRL |
| vs. | ) |
| MATT WEST | ) |
| Defendant. | ) |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#705) on April 4, 2008. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: HOME DEPOT
Amount of Restitution: $2,227.66

Name of Payee: KMART
Amount of Restitution: $331.38

Name of Payee: PETSMART
Amount of Restitution: $98.51

Name of Payee: WALGREENS
Amount of Restitution: $488.09

Name of Payee: ALBERTSONS
Amount of Restitution: $125.20

Name of Payee: CERETGY
Amount of Restitution: $4,348.70

Name of Payee: TJ MAXX
Amount of Restitution: $457.12

Name of Payee: WINDSOR FASHIONS
Amount of Restitution: $92.52


**Total Amount of Restitution ordered:  $8,169.18\*\***

\*\*Joint and Several with co-defendants


Dated this _____14_____ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE